Cite as 2020 Ark. App. 211

# ARKANSAS COURT OF APPEALS

## EN BANC

| | |
|---|---|
| IN RE RETIREMENT OF CHIEF STAFF ATTORNEY VALERIE DENTON | **Opinion Delivered**: April 1, 2020 |

## PER CURIAM

Today we mark Chief Staff Attorney Valerie Denton's retirement and honor her twenty-three years of dedicated service to our court and to the citizens of the State of Arkansas. Since 1997, Valerie has faithfully served our court—first as a staff attorney, then Deputy Chief Staff Attorney, and now Chief Staff Attorney. Before that, she served the Arkansas Supreme Court for several years as law clerk to Chief Justice Jack Holt, Chief Justice Bradley Jesson, Chief Justice W.H. "Dub" Arnold, Justice Darrell Hickman, and Justice David Newbern.

Valerie is esteemed for her intellect, grace, and wit. No task is too daunting or too small for her—regardless, she handles the job professionally and with equanimity. Her knowledge of the law, as well as this court's operations and history, is inestimable. Equally important, Valerie's congenial nature and her dedication to this court make working with her a true pleasure. Each of us has benefited from her friendship and wise counsel.

Today is bittersweet. Though we will miss our beloved colleague, we are delighted that Valerie begins her richly deserved retirement and hope it brings her more time to devote to her family, especially her grandson Leo. We offer our friend Valerie our deep gratitude for her service and our best wishes for all good things in her future.


Rita W. Gruber, Chief Judge


Raymond R. Abramson

Bart F. Virden


Robert J. Gladwin

Brandon J. Harrison


N. Mark Klappenbach

Meredith B. Switzer


Phillip T. Whiteaker

Larry D. Vaught


Kenneth S. Hixson

Mike Murphy


Waymond M. Brown